**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-2162

MEGAN STEPANSKY,

Plaintiff - Appellant,

v.

JIMMY LANE; DAVID BOONE; SHARON BALLARD; J. TODD ROSS; HUNTER JONES, Detective; MT. CARMEL, TN POLICE DEPARTMENT; SOUTHWEST VIRGINIA REGIONAL JAIL AUTHORITY; SCOTT COUNTY, VA SHERIFF'S DEPARTMENT; ROBERT WILLIAMS, Deputy,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:23-cv-00537-FDW-DCK)

Submitted:  February 22, 2024                          Decided:  February 26, 2024

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Megan Stepansky, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Megan Stepansky seeks to appeal an order of the District Court for the Western District of North Carolina transferring her 42 U.S.C § 1983 complaint to the District Court for the Western District of Virginia. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Stepansky seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We further deny Stepansky's motion for emergency protection. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2